UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br>　　　　Petitioner/Plaintiff,<br>　　v.<br>JOHN D'AGOSTINI, Sheriff,<br>　　　　Respondent/Defendant. | Case No. 18-cv-06066-SK  (PR)<br><br>**ORDER OF TRANSFER** |

　　Norman John Craig, a convicted prisoner at El Dorado County Jail in South Lake Tahoe, California, has filed a pro se petition challenging the conditions of his confinement at the jail. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the named respondent/defendant, Sheriff John D'Agostini, resides, in El Dorado County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

　　Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

　　The clerk shall transfer this matter forthwith and terminate all pending motions as moot.

　　**IT IS SO ORDERED**.

Dated: October 15, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge