UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG, | No. 2:18-cv-2826 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| JOHN D'AGOSTINO, | |
| Respondent. | |

Petitioner, a county jail inmate proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 2, 2018, the court screened the petition and recommended to the District Court judge assigned to this action that it be summarily dismissed pursuant to Rule 4 Governing Section 2254 Cases. (See ECF No. 9 at 2-4). Specifically, the undersigned found that it was clear on the face of the petition that petitioner was not entitled to relief in district court, and that the petition was unable to be converted to a civil rights complaint pursuant to 42 U.S.C. § 1983. (See id.). A ruling on those findings and recommendations is pending.

In the November 2018 order, the court gave petitioner fourteen days within which to object to its findings and recommendations. (See id. at 3-4). To date, petitioner has not filed objections to the court's order. Instead, petitioner has filed four other pleadings: a motion to consolidate cases, a motion to bifurcate, and two additional motions to proceed in forma pauperis.

(See ECF Nos. 15, 16, 17, 18). Given that the November 2018 findings and recommendations are that the petition as drafted is neither eligible for federal habeas review nor convertible to a federal civil rights action, the court will deny as moot petitioner's recently filed actions.

Accordingly, IT IS HEREBY ORDERED that the following motions filed by petitioner are denied as moot:

   a. Petitioner's motion to consolidate cases, filed December 17, 2018 (ECF No. 15);

   b. Petitioner's motion to bifurcate cases, filed January 4, 2019 (ECF No. 16);

   c. Petitioner's motion to proceed in forma pauperis, filed January 4, 2019 (ECF No. 17), and

   d. Petitioner's motion to proceed in forma pauperis, filed January 25, 2019 (ECF No. 18).

Dated: February 6, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.HABEAS/crai2826.mtns.den